

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00488-CR

Joshua Christopher **JOSEPH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 211th District Court, Denton County, Texas
Trial Court No. F-2010-1821-C
The Honorable L. Dee Shipman, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  November 7, 2012

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal.

*See* TEX. R. APP. P. 42.2(a).  Appellant's motion is granted and this appeal is dismissed.  *See id.*

PER CURIAM

DO NOT PUBLISH

created on: November 2, 2012